# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:21-mc-0081-KJM-DB |
|---|---|
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| Ronald Steven Schoenfeld et al., | |
| Defendant & Judgment Debtors. | |
| Betterment LLC, | |
| Garnishee. | |

The Government filed an application for a writ of continuing garnishment of the wages of defendant. *See generally* ECF No. 1. The pending application is REFERRED to the assigned magistrate judge for proceedings under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(7).

All dates currently set before the undersigned are hereby VACATED.

IT IS SO ORDERED.

DATED: June 21, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1